

FREEDOM OF INFORMATION/PRIVACY ACT
REQUEST ACT OF 1974

TO: KEVIN F. ROWE
Deputy Clerk
ABRAHAM A. RIBICOFF FEDERAL BUILDING
450 MAIN STREET, ROOM 328
HARTFORD, CONNECTICUT 06103

FROM: CORNELIUS BOOKER
# 14368-014
FCI RAY BROOK
P.O. BOX 9001
RAY BROOK, NY 12977

*Sideways margin note (left):* The Clerk is directed to docket the attached correspondence. Mr. Booker should contact the Court Reporter, Martha Marshall, Clerks Office, 450 Main St., Hartford CT 06103, directly if he wishes to order a copy of his sentencing transcript. So ordered. /s/ Christopher F. Droney, USDJ

Pursuan to title 5 U.S.C. 552 and all other relevant sections and parts thereof, I, the undersigned, also identified above in the upper right hand section, hereby respectfully request the following information:

*U.S. v. Cornelius Booker Criminal No. 3:01CR2 CFD*
*I am requesting all of my sentencing transcripts from Feb. 14, 2003. If there is a cost, can you please send me the price, so I may purchase them. Thank you!*

If there are applicable rules and regulations governing your court in such matters, please forward them to me so that I might comply with them per the FOI Act of 1974.

If for any reason any of the above requested information or material is deemed to be privileged and exempt under FOI, please specify the statutor reasons for the exemption, the name and title of the persons making the decision to withhold the material.

Per the dictates of the Freedom of Information Act of 1974, your agency has ten (10) working days to respond to this request.
In the event I do not received a response by that time, I will deem this formal request denied, and seek judicial remedy.

ed: 2/6/08

Submitted by: *Cornelius Booker*
REQUESTER

rn and subscribed before me this 6th day of Feb, 2008. I, the Federal son case Manager of the above named person, verify that the above son appeared before me and is who he claims to be.

Authorized by the Act of July 7, 1955 to Administer Oaths (18U.S.C.)

Susan Kirkby
Case Manager/Notary public

Case Manager
F.C.I. Ray Brook, N.Y.