# Ohio University

Print Date: 02/18/2008                            Page: 1 of 1

ACADEMIC RECORD OF: BOOKER, CORNELIUS D
IDENTIFICATION NUMBER: 04768438

| PFX | NUM | COURSE TITLE | HRS | GR | PTS | CD | PFX | NUM | COURSE TITLE | HRS | GR | PTS | CD |
|-----|-----|--------------|-----|----|----|----|----|----|--------------|-----|----|----|----|

CURRENT PROGRAM(S) OF STUDY
SPECIALIZED STUDIES MAJOR (BS1112)

*********** U N D E R G R A D U A T E ***********

CREDIT TRANSFERRED: GATEWAY CMTY COLLEGE
(1996 - 2001)        TRANSFER TOTAL: HRS E 85.5

SPRING QUARTER 2004-05  (03/28/2005 - 06/11/2005)
BUSL 357  LAW OF COMM TRANS    4.0  B+  13.32 C
CLWR 321  HINDUISM             4.0  B   12.00 C

TERM: HRS A  8.0|HRS E  8.0|GP 25.320|GPA 3.165

FALL QUARTER 2006-07  (09/05/2006 - 11/22/2006)
BUSL 356  LAW OF THE MGT PROCESS  4.0  B+  13.32 C

TERM: HRS A  4.0|HRS E  4.0|GP 13.320|GPA 3.330

WINTER QUARTER 2006-07  (01/03/2007 - 03/17/2007)
ECON 303  INTERMED MICROECONOMICS  4.0  B-  10.68 C

TERM: HRS A  4.0|HRS E  4.0|GP 10.680|GPA 2.670
ACCUM:HRS A 16.0|HRS E 16.0|GP 49.320|GPA 3.082

********** END OF TRANSCRIPT **********

ISSUED TO: CORNELIUS D BOOKER
           FCI RAY BROOK
           RAY BROOK NY 12977

DEBRA M. BENTON
UNIVERSITY REGISTRAR

IN ACCORDANCE WITH USC 438 (B) (4) (B), THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974, YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE. THIS TRANSCRIPT FORM IS PRINTED IN GREEN.

THE NAME OF THE UNIVERSITY APPEARS IN WHITE ACROSS THE FACE OF THIS RECORD

To be valid, this POSTALBOXX™ field must display address and colored background.