# OHIO UNIVERSITY

Independent and Distance Learning Programs
222 Haning Hall, Athens, Ohio 45701-2979

# Final Examination Report

MC 7×2 - 14
essay 1
— 15

## Evaluation of Final Examination

12 MC out, 19

You answered: _____ correctly out of _____ objective questions

Your basic strengths and weaknesses in the essay questions were in the following areas:

*[handwritten notes:]* security arrangements, adverse possession, strict liability, licensee, zoning discriminatory, lindos; leasehold estate

good — Comments on final examination performance: Subject to mortgage, foreclosure, invitees, eminent domain

generally excellent essays

Comments on Course Performance:

MAR 14 2008

---

## FINAL COURSE GRADE REPORT

Student: Cornelius Booker

Ohio University Student ID#: P000970338
(Do NOT use Social Security Number)

Course: Bus Law 442

Date: 3/11/08

*(Instructor's Signature)* Arthur J Maurelli

Grade on Final Exam/Final Lesson: 85 B

Grade on Midcourse Examination: 92 A

Grade Average on Written Lessons: Excellent
(If included on final course grade)

**FINAL COURSE GRADE:** A−