OHIO UNIVERSITY

Independent and Distance Learning Programs
222 Haning Hall, Athens, Ohio 45701-2979

# Final Examination Report

**Evaluation of Final Examination**

You answered: _____ correctly out of _____ objective questions

16
16
17
17
15
81

Your basic strengths and weaknesses in the essay questions were in the following areas:

*Generally you have a fairly good understanding. In some questions a few additional points could have been elaborated more fully*

Comments on final examination performance:

*Good exam*

Comments on Course Performance:

*Steady!*

MAR 2 2008

---

## FINAL COURSE GRADE REPORT

Student: **Cornelius Booker**

Ohio University Student ID#: **P000970338**
(Do NOT use Social Security Number)

Course: **Econ. 320**

Date: **3/18/08**

*James Hoefler*
(Instructor's Signature)

Grade on Final Exam/Final Lesson: **81**

Grade on Midcourse Examination: **77**

Grade Average on Written Lessons: **91**
(If included on final course grade)

**FINAL COURSE GRADE: B**