```
REGISTER NO: 14368-014        NAME..: BOOKER                    FUNC: PRT
FORMAT.....: TRANSCRIPT       RSP OF: RBK-RAY BROOK FCI

------------------------------ EDUCATION INFORMATION ------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
RBK  ESL HAS    ENGLISH PROFICIENT           04-07-2003 0923 CURRENT
RBK  GED HAS    COMPLETED GED OR HS DIPLOMA  04-07-2003 1534 CURRENT

------------------------------ EDUCATION COURSES ---------------------------
SUB-FACL     DESCRIPTION                      START DATE  STOP DATE EVNT AC LV  HRS
RBK          CAREER LEARNING PROGRAM PSE      03-01-2006  CURRENT
RBK          COREL 8.0 M-F 930-1100 X4168     07-17-2007  10-26-2007  P  C  P    80
RBK          CHESSCLUB/M,W/DARRAH/X4173       04-03-2006  09-27-2006  P  C  P    20
CLK          CIRCUIT TRAINING                 01-21-2005  04-02-2005  P  C  P    10
OTV  GP      BUS LAW CORRESPONDENCE CLASS     07-08-2004  03-14-2005  P  W  I    50
OTV  GP      INTRO TO MID-EAST RELIGION       07-08-2004  03-14-2005  P  W  I    50
CLK          HEALTH HAZARDS/SMOKING-RPP<HN>   12-21-2004  12-21-2004  P  C  P     1
CLK          AIDS AWARENESS-RPP<HN>           12-21-2004  12-21-2004  P  C  P     1
CLK          DIVERSITY AWARENESS-RPP<PG>      12-21-2004  12-21-2004  P  C  P     1
OTV  GP      ANGER MANAGEMENT                 04-20-2004  05-25-2004  P  C  P    14
OTV  GP      TEXTILES & PRODUCTION VT CLASS   10-04-2003  10-17-2003  P  W  V    12
OTV  GP      COMMUNICATION THRU ANIMATION     05-13-2003  08-25-2003  P  C  P    45
OTV  GP      EDUCATION ORIENTATION - AM       04-07-2003  04-07-2003  P  C  P     3




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```