Case 3:01-cr-00212-CFD    Document 183-6    Filed 06/15/2008    Page 1 of 1

REG NO..: 14368-014  NAME....: BOOKER, CORNELIUS
CATEGORY: DRG        FUNCTION: PRT           FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| RBK | DRG E COMP | DRUG EDUCATION COMPLETED      | 02-22-2007 0734 | CURRENT |
| RBK | DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 04-07-2003 1221 | CURRENT |
| RBK | NR PART    | NRES DRUG COUNSEL PARTICIPANT | 04-14-2006 1041 | CURRENT |
| RBK | ED PART R  | DRUG EDUCATION PARTICIPNT-REQD | 12-29-2006 1154 | 02-22-2007 0734 |
| RBK | ED WAIT R  | DRUG EDUCATION WAIT-REQUIRED  | 05-01-2003 0801 | 12-29-2006 1154 |

G0000        TRANSACTION SUCCESSFULLY COMPLETED