MONETARY SPECIAL AWARD RECOMMENDATION - INMATE    CDFRM

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| Institution | Unit | Date |
|---|---|---|
| FCI Otisville | GA | 10/21/03 |

| Inmate's Name | Register No. | Work Assignment |
|---|---|---|
| BOOKER   CORNELIUS | 14368-014 | Education PT |

Recommend Monetary Special Award in the amount of $ __35.00__
In recognition of the following special act:

- ☐ An act of heroism.
- ☐ Voluntary acceptance and satisfactory performance of an unusually hazardous assignment.
- ☐ An act which protects the lives of employees or inmates, or the property of the United States.
- ☒ Suggestions which result in substantial improvements or cost-savings in institutional programs or operations.
- ☐ Other exceptionally meritorious or outstanding services.

Justification
Due to current short staffing, inmate tutors are responsible for greater percentage of instruction in ABE, Pre-GED & GED classes. Instructional staff are supervising multiple classes. Tutors' expanded role results in a substantial cost-savings to the institution.

Submitted by: Tracy Longacre, Education Program Specialist

| Printed Name and Signature | Title |
|---|---|
| Tracy Longacre | Education Program Specialist |

Approved by

| Department Head | Date |
|---|---|
| Pat Flynn, SOE | |
| Chief Executive Officer | |
| J. M. Wilner, AWP | 10/23/03 |
| Regional Director (Awards Exceeding $150.00) | |

| Award Date | Approved Award Amount $ |
|---|---|

(This form may be replicated via WP)