| Institution | Unit | Date |
|---|---|---|
| FCI OTISVILLE | G05-526U | 10-27-04 |
| Inmate's Name | Register No. | Work Assignment |
| BOOKER, CORNELIUS | 14368-014 | EDUC FT |

Recommend Monetary Special Award in the amount of $ 50.00
In recognition of the following special act:

- ☐ An act of heroism.
- ☐ Voluntary acceptance and satisfactory performance of an unusually hazardous assignment.
- ☒ An act which protects the lives of employees or inmates, or the property of the United States.
- ☐ Suggestions which result in substantial improvements or cost-savings in institutional programs or operations.
- ☐ Other exceptionally meritorious or outstanding services.

Justification:
On Wednesday, October 27, 2004 while on duty in the Institution Hospital as a Suicide Watch Companion, inmate Booker, Cornelius #14368-014 displayed sound judgement and alerted staff utilizing the "222" telephone system of a potential life-threatening incident. The inmate that Booker was watching had torn the rubber handle from the mattress in his cell, the handle was held in the mattress by a 6 inch piece of metal. The metal could have been easily manipulated into a sharpened instrument due to the pliability of the metal. The inmate being watched has had numerous previous attempts to inflict self-harm. Inmate Booker's quick response prevented the watched inmate from inflicting harm on himself or others.

Submitted by

| Printed Name and Signature | Title |
|---|---|
| K. Metzler | Lieutenant |

Approved by

| | Date |
|---|---|
| Department Head | 10/27/04 |
| Chief Executive Officer | 10/28/04 |
| Regional Director (Awards Exceeding $150.00) | |
| Award Date | Approved Award Amount $ |