BP-S576.052   MONETARY SPECIAL AWARD RECOMMENDATION - I1   CDFRM
DEC '95

U.S. DEPARTMENT OF JUSTICE                        FEDERAL BUREAU OF PRISONS

| Institution | Unit | Date |
|---|---|---|
| FCI Otisville | GA | 11/21/03 |
| Inmate's Name | Register No. | Work Assignment |
| BOOKER   CORNELIUS | 14368-014 | Education FT |

Recommend Monetary Special Award in the amount of $   ~~52~~ 63 CB

In recognition of the following special act:

- ☐ An act of heroism.
- ☐ Voluntary acceptance and satisfactory performance of an unusually hazardous assignment.
- ☐ An act which protects the lives of employees or inmates, or the property of the United States.
- ☒ Suggestions which result in substantial improvements or cost-savings in institutional programs or operations.
- ☐ Other exceptionally meritorious or outstanding services.

Justification
Due to current short staffing, inmate tutors are responsible for greater percentage of instruction in ABE, Pre-GED & GED classes. Instructional staff are supervising multiple classes. Tutors' expanded role results in a substantial cost-savings to the institution.

Submitted by:   Tracy Longacre, Education Program Specialist

| Printed Name and Signature | Title |
|---|---|
| Tracy Longacre | Education Program Specialist |

Approved by

| Department Head | Date |
|---|---|
| Pat Flynn, SOE | 11/18/03 |

Chief Executive Officer
J. M. Wilner, AWP

Regional Director (Awards Exceeding $150.00)

| Award Date | Approved Award Amount $ |
|---|---|

(This form may be replicated via WP)