

**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Institution

---

P. O. Box 300
Ray Brook, NY 12977-0300

February 6, 2008

RE:  BOOKER, Cornelius
     Reg. No. 14368-014

### Suicide Watch Observer
December 6, 2006 - 4 hours
March 27, 2007 - 4 hours
April 14-25, 2007 - 8 hours and 15 minutes
July 28-29, 2007 - 4 hours
August 20, 2007 - 8 hours

**TOTAL HOURS OF WORK = 28 hours and 15 minutes**