# Certificate of Achievement

Presented to

*Cornelius Booker*

in appreciation for his time and effort

Instructing the Adult Continuing Education Class

**Math Refresher**

Presented this 17th day of July, 2004

*C Shermanski*
Charlotte Shermanski, Education Specialist