# Certificate of Achievement

This certifies that

**CORNELIUS BOOKER**

has satisfactorily completed

COMMUNICATION THROUGH ANIMATION

Consisting of ___45___ Hours of Training

This certificate is hereby issued this ___25___ day of ___AUG___, 20__03__