# Certificate of Achievement

**DTRM**

Presented on this Ninth day of January
in the year Two Thousand and Four

*Cornelius Booker*

In Recognition of Your Completion
of the eight week course "Doing Time With A Right Mind"

_Fredrick Menifee_
Fredrick Menifee, Warden

January 9, 2004
Date

_L. E. Gotham_
L. E. Gotham, Volunteer Coord