

# Federal Bureau of Prisons
## FCI Otisville
## Certificate of Achievement

**Cornelius Booker**
14368-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN** sessions of the Substance Abuse Support Group. This certificate is hereby issued this 4th day of May 2004



P. Griffin, PhD, Drug Abuse Program Coordinator

