# Certificate of Achievement

awarded to:

## Cornelius Booker
### 14368-014

*has participated in the*

**Security Designation & Custody Classification Class**

Paul Gibson, Case Manager

Date  1/8/04