# Federal Correctional Institution
### ELKTON, OHIO

*This Certifies That*

**Cornelius Booker #14368-014**

*has satisfactorily completed the requirements for*

**SUICIDE WATCH INMATE COMPANION CADRE**
**(AT LEAST FOUR HOURS OF TRAINING)**

*And is hereby awarded this*

# Certificate of Completion

on this __3rd__ day of August year __2005__

_____
Dr. P. CLIFFORD