# Certificate
## of
## Completion

Let it be known that

## Cornelius Booker

has successfully completed the necessary training
to serve as a member of the
Suicide Companion Program at FCI Ray Brook, New York.

_Ian Fluger, Ph.D., Chief Psychologist_

March 31, 2006