# Certificate
## of Completion

Let it be known that

# Cornelius Booker

has successfully completed the necessary training
to serve as a member of the
Suicide Companion Program at FCI Ray Brook, New York.

Ian Fluger, Ph.D. Chief Psychologist

July 18, 200