# Certificate
### of
# Completion

Let it be known that

## Cornelius Booker

has completed 13.5 hours of work as a Suicide Companion from October 27-30, 2006 at FCI Ray Brook, New York.

October 31, 2006

_____
Ian Fluger, Ph.D. Chief Psychologist