# Certificate
### of
### Completion

Let it be known that

## Cornelius Booker

has successfully completed the necessary training
to serve as a member of the
Suicide Companion Program at FCI Ray Brook, New York.

_____
Ian Fluger, Ph.D., Chief Psychologist

December 19, 2006