# CERTIFICATE

## of

## COMPLETION

LET IT BE KNOWN THAT

## CORNELIUS BOOKER

HAS SUCCESSFULLY COMPLETED THE DRUG ABUSE EDUCATION PROGRAM
AT THE FEDERAL CORRECTIONAL INSTITUTION, RAY BROOK, NEW YORK

FEBRUARY 21, 2007

ANN GILBERTSON, PH.D., DAP COORDINATOR

GLENN MARY COLBY, DRUG TREATMENT SPECIALIST