# CERTIFICATE of COMPLETION

LET IT BE KNOWN THAT

## CORNELIUS BOOKER

HAS SUCCESSFULLY COMPLETED THE NON-RESIDENTIAL DRUG PROGRAM
DR. STANTON SAMENOW SERIES
AT THE FEDERAL CORRECTIONAL INSTITUTION, RAY BROOK, NEW YORK
FEBRUARY 22, 2007

_____
ANN GILBERTSON, PH.D., DAP COORDINATOR

_____
GLENN MARY COLBY, DRUG TREATMENT SPECIALIST