# Certificate
## of Completion

Let it be known that

## Cornelius Booker

has completed 4 hours of work as a Suicide Companion from March 26-27, 2007 at FCI Ray Brook, New York.

*Ian Fluger, Ph.D. Chief Psychologist*

March 27, 2007