# Certificate of Completion

Let it be known that

## Cornelius Booker

has completed 8 hours and 15 minutes of work as a Suicide Companion from April 14-25, 2007 at FCI Ray Brook, New York.

April 30, 2007

_____
Ian Fluger, Ph.D. Chief Psychologist