# Certificate of Completion

Let it be known that

## Cornelius Booker

has successfully completed the necessary training to serve as a member of the Suicide Companion Program at FCI Ray Brook, New York.

_Ian Fluger, Ph.D., Chief Psychologist_

May 10, 2007