# Certificate of Completion

presented to

*Cornelius Booker*

has successfully completed the

**TOTAL FITNESS CARDIO INSTRUCTIONAL CLASS**

This certificate is hereby issued this 4th day of June 2007.



Program Coordinator

© 1989 GOES P
All Rights Reserved
LITHO. IN U.S.A.