# Certificate
## of
## Completion

Let it be known that

## Cornelius Booker

has completed 4 hours of work as a Suicide Companion on July 28-29, 2007 at FCI Ray Brook, New York.

July 31, 2007

Ian Flugger, Ph.D., Chief Psychologist