# Certificate
## of Completion

Let it be known that

# Cornelius Booker

has completed 8 hours of work as a Suicide Companion from August 6, 2007 through August 16, 2007 at FCI Ray Brook, New York.

_signature_
Ian Flugen, Ph.D., Chief Psychologist

August 20, 2007