# Certificate of Completion

presented to

*Cornelius Booker*

has successfully completed the

**TOTAL FITNESS
INSTRUCTIONAL CLASS**

This certificate is hereby issued this 6th day of January 2008.

_____
Program Coordinator