# Certificate of Participation

presented to

## *CORNELIOUS BOOKER*

has successfully participated in the

### Education/Recreation Recognition Ceremony

This certificate is hereby issued this 30th day of November 2007 Federal Correctional Institution, Ray Brook, New York

_____
Supervisor of Education